UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:24-mj-1220-PRL

JOHN HILL

**ORDER**

The Motion to Seal Criminal Complaint and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Criminal Complaint in this cause as to all defendants except when necessary to provide certified copies of the Criminal Complaint to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office, that the United States Marshals Service is to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court;

It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court;

It is further ordered that the United States Marshals Service, the Federal Bureau of Investigation, or other appropriate law enforcement agency may share the Criminal Complaint and arrest warrant with international authorities, including Interpol, and

enter the arrest warrant into any appropriate international law enforcement database, without further order of the Court;

It is further ordered that the United States may disclose the existence of the Criminal Complaint in any search and seizure warrant to be executed in conjunction with the arrest of the defendant.

The Clerk is further ordered to unseal the Criminal Complaint and related documents without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at OCALA, Florida this ___3rd_day of October 2024.

PHILIP R. LAMMENS
United States Magistrate Judge