AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

OCT 15 2024 PM1:45
RCVD - USDC - FLMD - OCA

United States of America
v.
JOHN HILL

*Defendant*

Case No. 5:24-mj-1220-PRL

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOHN HILL,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Possession of child pornography involving a prepubescent minor, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

Date: October 3, 2024

P. Lammens
*Issuing officer's signature*

City and state: Ocala, Florida

Philip R. Lammens, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/03/24, and the person was arrested on *(date)* 10/15/24
at *(city and state)* ______.

Date: 10/15/24

[signature]
*Arresting officer's signature*

Jose Meneses / FBI
*Printed name and title*